UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JOSE ALFREDO MARTINEZ,

        Petitioner,

-against-                                  **Civil Judgment**

UNITED STATES OF AMERICA,        07 Civ. 11544 (KMW)

        Respondent.
_____X

    Pursuant to the order issued _____MAR 26 2008_____ by the Honorable Kimba M. Wood, Chief Judge, dismissing the instant action, it is,

    ORDERED, ADJUDGED AND DECREED: That the petition be and is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

    SO ORDERED:

                                            _/s/ Wood_____
                                            KIMBA M. WOOD
                                            Chief Judge

Dated: MAR 26 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.